# United States District Court
## Western District of Michigan (Southern Division (1))
## CRIMINAL DOCKET FOR CASE #: <u>1:24−mj−00298−RSK−1</u>

Case title: USA v. Jackson                    Date Filed: 07/19/2024

Other court case number: 1:24−cr−00183 Middle District of
Pennsylvania

Assigned to: Magistrate Judge
Ray Kent

### defendant (1)

**James Jackson**                    represented by   **Parker Douglas**
Federal Public Defender (Grand Rapids)
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503−2633
(616) 742−7420
Fax: (616) 742−7430
Email: Parker_Douglas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 1:1RF.F | |

### Plaintiff

USA          represented by   **Daniel Y. Mekaru**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501−0208
(616) 456−2404
Email: daniel.mekaru@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2024 | 1 | MINUTES of FIRST APPEARANCE in Rule 5 proceedings for defendant James Jackson held before Magistrate Judge Ray Kent; defendant's request for court−appointed counsel granted and attorney Parker Douglas appeared; defendant requested hearings be held in the charging district; government requested detention hearing; commitment to another district to issue; defendant remanded to custody of USM pending further proceedings in the charging district (Proceedings Digitally Recorded) (sjc) (Entered: 07/19/2024) |
| 07/19/2024 | 2 | CJA 23 financial affidavit by defendant James Jackson in support of request for court−appointed counsel [Traverse City] (sjc) (Entered: 07/19/2024) |
| 07/19/2024 | 3 | WAIVER of Rule 5 and 5.1 hearings by James Jackson (sjc) (Entered: 07/19/2024) |
| 07/19/2024 | | NON−DOCUMENT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant James Jackson; signed by Magistrate Judge Ray Kent (sjc) (Entered: 07/19/2024) |
| 07/19/2024 | 4 | COMMITMENT TO ANOTHER DISTRICT: defendant James Jackson committed to Middle District of Pennsylvania; signed by Magistrate Judge Ray Kent (sjc) (Entered: 07/19/2024) |
| 07/19/2024 | | DEFENDANT James Jackson will be represented by Parker Douglas (Federal Public Defender, ) (Entered: 07/19/2024) |

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v.   James Jackson | **Mag. Judge:**   Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:24-mj-298-RSK | July 19, 2024 | 3:02 - 3:11 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government:  Daniel Mekaru | Defendant:  Parker Douglas | Counsel Designation:  FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read __ <br> Reading Waived __ |

**TYPE OF HEARING**

- ✓ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __ )
- __ Preliminary   (waived __ )
- ✓ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

**DOCUMENTS**

- __ Defendant's Rights
- ✓ Waiver of   Rule 5 and 5.1 Hearings
- __ Consent to Mag. Judge for _____
- __ Other: _____
- _____
- _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other:
  Commitment to Another District

**CHANGE OF PLEA**

Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____

Presentence Report:
  __ Ordered   __ Waived

- __ Plea Accepted by the Court
- __ No Written Plea Agreement

**EXPEDITED RESOLUTION**

- __ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:   __ Yes   __ No <br> Defendant informed of right to appeal:   __ Yes   __ No <br> Counsel informed of obligation to file appeal:  __ Yes   __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**   Set for hearing in charging district | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**      B. Glass |

pg 3

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:24-mmj-298-RSK |
| James Jackson | ) | |
| | ) | |
| | ) | Charging District's Case No.  1:24-cr-183 |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_  Middle District of Pennsylvania
.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❏     an identity hearing and production of the warrant.

❏     a preliminary hearing.

❏     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
❏ preliminary hearing and/or ❏ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     07/19/2024

_Defendant's signature_

_Signature of defendant's attorney_

Parker Douglas

_Printed name of defendant's attorney_

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:24-mj-00298-RSK |
| James Jackson | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   1:24-cr-00183 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____Middle_____ District of _____Pennsylvania_____ ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:      ❒ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:      07/19/2024                                    /s/ Ray Kent
                                                      *Judge's signature*

                                       Ray Kent, United States Magistrate Judge
                                                   *Printed name and title*